# CERTIFICATE OF SERVICE

      I, David R. Hurst , certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of (i) this Summons; (ii) a copy of the Complaint and (iii) a Notice of Dispute Resolution Alternatives was made on June 7, 2019 by:

☒    Mail service:  First-Class Mail, postage prepaid to:

| | |
|---|---|
| Federal Express<br>Attn: Officer, Managing Agent or General Agent<br>942 S. Shady Grove Road<br>Memphis, TN 38120 | Federal Express<br>c/o CT Corporation System<br>300 Montvue Road<br>Knoxville, TN 37919-5546 |
| Federal Express<br>Attn: Officer, Managing Agent or General Agent<br>P.O. Box 371471<br>Pittsburgh, PA 15250 | Federal Express<br>Attn: Michael Siedband, Senior Attorney<br>3620 Hacks Cross Road<br>Building B, 3rd Floor<br>Memphis, TN 38125-8800 |

☐    Personal Service:  By Hand Delivery to the following counsel to defendant pursuant to agreement among the parties:

☐    Residence Service:  By leaving the process with the following adult at:

☐    Publication:  The defendant was served as follows:  [Describe briefly]

☐    Certified Mail Service on Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐    State Law:  The defendant was served pursuant to the laws of the State of _____, as follows:  [Describe briefly]
        (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

| June 7, 2019 | /s/ David R. Hurst |
|---|---|
| *Date* | *Signature* |

| Print Name |  |  |
|---|---|---|
| David R. Hurst |  |  |
| Business Address |  |  |
| 500 Delaware Avenue, Suite 1410 |  |  |
| City | State | Zip |
| Wilmington | DE | 19801 |