# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Bostwick Laboratories, *et al.*,<br>　　　　　　　　　　　Debtors.<br><br>JAMES PATRICK CARROLL, as Plan Administrator for the Post-Effective Date Debtors,<br>　　　　　　　　　　　Plaintiff,<br>　　　　– against –<br>FEDERAL EXPRESS,<br>　　　　　　　　　　　Defendant. | Chapter 11<br><br>Case No. 17-10570 (BLS)<br><br>(Jointly Administered)<br><br><br>Adv. Pro. No. 19-50153 (BLS) |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41, made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, James Patrick Carroll, as Plan Administrator for the Post-Effective Date Debtors (the "Plaintiff"), hereby dismisses and discontinues the Complaint in the above-captioned Adversary Proceeding as it pertains to Federal Express (the "Defendant"), with prejudice, with the parties to bear their own costs and expenses, including, without limitation, attorneys' fees.

Dated: Wilmington, Delaware
　　　　July 29, 2019

COLE SCHOTZ P.C.

/s/ David R. Hurst
David R. Hurst (I.D. No. 3743)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

*Counsel to the Plan Administrator*

57684/0001-17632250v1